JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-04425-ODW (PDx) | Date | October 2, 2025 |
|---|---|---|---|
| Title | *Marquise Bailey v. Bertha Morales et al.* | | |

Present: The Honorable    Otis D. Wright II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

On May 20, 2020, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans With Disabilities Act. (ECF No. 11.) Among other things, the Order requires Plaintiff to request default "no later than five court days after the time the response to the complaint would have been due." (*Id.* at 2.) The Order also states that if only defaulting defendants remain in the case, "a motion for default judgment must be filed within 10 calendar days of the entry of default. (*Id.*) Lastly, the Order cautions that "failure to comply with this Order or any other Order issued in this case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*) Clerk Default as to both Defendants in this matter was entered on September 3, 2025, and September 10, 2025. (*See* Clerk Default, ECF Nos. 18, 20.) Up to date, Plaintiff has not filed a properly noticed and rule compliant motion for default judgment. Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** this case without prejudice for lack of prosecution. Plaintiff shall submit payment to the Clerk of the Court and file proof of such payment with the Court within two weeks of the date of this order.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |